**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Alexander Fred VAHRENKAMP and Lucy Orr Vahrenkamp, Respondents.**

No. 10970.

Circuit Court of Appeals, Ninth Circuit.

Jan. 23, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, B. I. R., of Washington, D. C., for petitioner.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of petitioner for dismissal of the petition to review herein, and by direction of the Court, it is ordered that such motion be and hereby is granted, and that the petition to review in this cause be and hereby is dismissed, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

**Lawrence CONLEY, Appellant, v. UNITED STATES of America, Appellee.**

No. 10894.

Circuit Court of Appeals, Ninth Circuit.

Jan. 31, 1945.

Lawrence Conley, in pro. per., for appellant.

Charles H. Carr, U. S. Atty., and James M. Carter, V. P. Lucas, and Ernest A. Tolin, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before GARRECHT, MATTHEWS, and HEALY, Circuit Judges.

PER CURIAM.

This cause coming on regularly for hearing or submission and there being no appearance in open court on behalf of appellant, ordered cause submitted on brief on file on behalf of appellant, and argued by Mr. Ernest A. Tolin, Assistant United States Attorney, counsel for appellee, and submitted to the court for consideration and decision.

Upon consideration thereof, further ordered Order of the District Court herein affirmed upon the authority of Wiley v. United States, 9 Cir., 144 F.2d 707, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue as provided in rule.

**Ralph D. GOLDBERG et al., Appellants, v. TRI-STATES THEATRE CORPORATION.**

No. 12978.

Circuit Court of Appeals, Eighth Circuit.

Dec. 11, 1944.

I. J. Dunn and John C. Mullen, both of Omaha, Neb., and B. T. Hurwitz, of Kansas City, Mo., for appellants.

Yale C. Holland and Eugene N. Blazer, both of Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellee on ground that order ruling upon appellants' objections, exceptions and motions in relation to the master's compensation, report and findings is not a final order, etc.